UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE RUDOLPH, | ) |
| Petitioner | ) |
| v. | ) Case No. 2:04-cv-02836-WMA-HGD |
| STEPHEN BULLARD, WARDEN, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents | ) |

## MEMORANDUM OPINION

On October 6, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On October 24, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this the 26th day of October, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE